1  BONNIE CHAVEZ (SBN 198124)
   SAFEER HOPTON (SBN 271027)
2  SAG-AFTRA
   5757 Wilshire Boulevard, 7th Floor
3  Los Angeles, California 90036-3600
   Telephone:  (323) 549-6623
4  Facsimile:   (323) 549-6624
   bonnie.chavez@sagaftra.org
5
6  Attorney for Petitioner
   Screen Actors Guild - American Federation
7  of Television and Radio Artists

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>THE FATHER, THE SON PRODUCTIONS, LLC,<br><br>Respondent. | Case No.  CV 12-9101-CAS(JCx)<br><br>**AMENDED [PROPOSED] JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc. ("SAG"), came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against The Father, The Son Productions, LLC, Union Case TM 3449, dated November 17, 2008, is confirmed in all respects.

2. The Father, The Son Productions, LLC is ordered to pay as follows:

   (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $185,548.87;

   (b) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of The Father, The Son Productions, LLC's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Mafioso: The Father, The Son* aka *The Father, The Son* anywhere in the world until the amounts due are paid in full.

Dated: December 10, 2012

*Christina A. Snyder*

Judge of the United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -